No. 95–6203. IN RE BONTY;
No. 95–6204. IN RE BONTA;
No. 95–6223. IN RE CAVAN;
No. 95–6230. IN RE RODRIGUEZ;
No. 95–6235. IN RE MONCRIEF;
No. 95–6236. IN RE LANZON;
No. 95–6237. IN RE JORY;
No. 95–6243. IN RE DEERE;
No. 95–6244. IN RE HARRIS;
No. 95–6245. IN RE GRASMICK;

No. 95–6257.  IN RE WALKER;

No. 95–6258.  IN RE WESLEY;

No. 95–6300.  IN RE WHEELER;

No. 95–6301.  IN RE SON VAN HOANG;

No. 95–6303.  IN RE SHEPHERD;

No. 95–6305.  IN RE LANE; and

No. 95–6306.  IN RE MAIDA.  Petitions for writs of habeas corpus denied.